UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHANTOUR JACKSON | : | |
| | : | |
| V. | : | C.A. No.: 3:14cv1734 |
| | : | |
| CORNELL SCOTT HILL HEALTH CORPORATION and TANILLA L. BROWN, M.D. | : : : | |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 42 U.S.C. § 233(c), the Defendants have removed this matter to United States District Court for the District of Connecticut. As a basis for removal, the Defendants make the following representations:

1. The Defendants have been named in a lawsuit filed in the Connecticut Superior Court Small Claims Division. A copy of the Complaint is attached hereto.

2. The complaint alleges that Plaintiff, Shantour Jackson, suffered injuries and damages as a result of negligence of the Defendants in allegedly violating Plaintiff's privacy and failing to write prescriptions.

3. Pursuant to the provisions of 42 U.S.C. § 233(c), the United States Attorney's Office for the District of Connecticut has certified that Cornell Scott Hill Health Corporation ("Hill Health Center") is a federally supported health center pursuant to the Federally Supported Health Centers Assistance Act and that Tanilla L. Brown, M.D., was an employee of Hill Health Center at the times alleged in the complaint. A copy of the Scope of Employment is attached hereto.

4. Pursuant to 42 U.S.C. § 233(g) – (n), the exclusive remedy for negligence claims against a federally funded health care center and its employees, under the Federally Supported

Health Centers Assistance Act, is against the United States of America pursuant to the Federal Tort Claims Act.

    5.    Pursuant to 42 U.S.C. § 233(c),

Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto.

    6.    In addition, pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States "may be removed . . . the district court of the United States for the district and division embracing the place wherein it is pending."

    7.    Based on the foregoing, the Defendants hereby remove this action to the District Court for the District of Connecticut.

    Respectfully submitted,

    DEIRDRE M. DALY
    UNITED STATES ATTORNEY

    */s/*
    Michelle L. McConaghy, ct27157
    Assistant United States Attorney
    157 Church Street
    New Haven, CT 06510
    Telephone: (203) 821-3700
    Fax: (203) 773-5373
    Email: Michelle.McConaghy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 20th day of November, 2014 to:

Shantour Jackson
37 Rosette Street
1st Floor
New Haven, CT 06519

   /s/
Michelle L. McConaghy
Assistant United States Attorney