**SMALL CLAIMS WRIT AND NOTICE OF SUIT**
JD-CV-40 Rev. 8-11
C.G.S. §§ 51-15, 51-345(g)

**CONNECTICUT SUPERIOR COURT**
SMALL CLAIMS SESSION

*Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.*

For Court Use Only
Do Not Write In This Space
Barcode Label Only

1.) Information that will determine where the trial will be: **New Haven CT**

2.) Is this a claim between a landlord and a renter? ("X" one) ☐ Yes ☒ No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located: _____

**PLTF #1**
4.) Name, address and zip code of Plaintiff #1:
Shantour Jackson
37 Rosette St, Floor
New Haven CT 06519
Telephone number: (203) 997-8098
☒ Individual   ☐ LLC   ☐ DBA   ☐ Partnership   ☐ Corporation

**PLTF #2**
Name, address and zip code of Plaintiff #2: _____

5.) Name, address and zip code of Attorney for Plaintiff(s): **None**

**DEF #1**
6.) Name, address and zip code of Defendant #1:
Fanilla L. Brown MD/MPH
428 Columbus Avenue
New Haven, CT 06519
☒ Individual   ☐ LLC   ☐ DBA   ☐ Partnership   ☒ Corporation

**DEF #2**
Name, address and zip code of Defendant #2:
Cornell Scott
Hill Health Corporation
428 Columbus Avenue
New Haven, CT 06519
☐ Individual   ☒ LLC   ☐ DBA   ☒ Partnership   ☒ Corporation

For more than 2 defendants, attach *Continuation of Parties*, Form JD-CV-67, and "X" box. ☐

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe the statute of limitations has not expired. _____

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.
☐ 1) I checked town or city records (for example, checking a street list or tax records); _____ (date checked)
☐ 2) I checked with the Department of Motor Vehicles; _____ (date checked)
☐ 3) I received correspondence (letters or other mail) from the defendant with that return address; _____ (date checked)
☒ 4) I received other proof from the defendant that the address is current: **428 Columbus Avenue New Haven CT 06519** (description of proof and date checked)
☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. _____ (date checked)

9.) Amount claimed: **2,000** Plus costs

10.) You are being sued. The Plaintiff(s) claims you owe the above amount for the following reasons:
**This Doctor broke the Hipplow law and my privacy she can't be trust and I was sick for 9 month because she did not write my medication**

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

11.) Signed: *Shantour Jackson*
Subscribed and sworn to before me on _____ (Date)
Type in name of person signing at left and title, if applicable: *Shantour Jackson*
Signed (Clerk, Notary, Commissioner of Superior Court)

For Court Use Only (Date/Stamp)

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution:   Original - Court   Copy 1 - Defendant   Copy 2 - Defendant   Copy 3 - Plaintiff

| AFFIDAVIT CONCERNING MILLITARY SERVICE<br>JD-FM-178 Rev. 10-10<br>P.B. § 17-21 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Court Use Only<br>AE |

### Instructions

Judicial District of New Haven who knows the military status of the defendant may complete the form below. You must swear that SUPERIOR COURT statement is true and sign it in front of a court clerk, a notary public, or an attorney who will also sign FILED and date the affidavit. Make one copy for yourself and give the original to the court clerk.

MAY 2 2 2014  Explanation: A military service affidavit is required in every case where the defendant has not filed an Appearance form with the court clerk's office by the time of the court hearing. The purpose is to protect men and women serving in the U.S. military from getting a court judgment against them without first receiving notice of the lawsuit and a chance to defend the case. The affidavit gives the court the necessary facts to CHIEF CLERK'S OFFICE that the defendant is not in the U.S military.

| Judicial District of | At (Town) | Return date (Month, day, year) | Docket number |
|---|---|---|---|
| New Haven | New Haven | | |
| Plaintiff's name (Last, first, middle initial) | | Defendant's name (Last, first, middle initial) | |
| Jackson Shantour | | Brown Tanilla Hill Healthcare | |

I certify that the following is true (check all that apply and complete):

☐ 1. The defendant is in the U.S. Military.

☐ 2. The defendant is not in the U.S. Military. I know this because:

☒ the defendant is working at 428 Columbus Avenue New Haven, CT 06519

☐ the defendant currently lives at _____

☐ the defendant is ____ years old.

☒ other (state reasons) She was my Primary care Doctor at the Hill Health center she almost

☐ 3. I do not know whether the defendant is in the U.S. military service.

| Signature | Print name | |
|---|---|---|
| [signature] | Shantour Jackson | |
| Signed and sworn to before me (Assistant Clerk/Notary Public/Commissioner of Superior Court) | At (Town, State) New Haven | Date signed 5/22/14 |